UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

BINDER SCIENCE, LLC; THOMAS WENTZLER,

Plaintiffs,

-v-

OPAL FUNDING GROUP LLC; SLATE ADVANCE LLC; MENACHEM MOSHE RIVLIN A/K/A MOE RIVS; YECHIEL REUVEN RIVLIN; THE JCT GROUP LLC; JONATHAN CASALI; and JEYMARA REYES

Defendants.

Index No. 25-cv-08678

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT YECHIEL REUVEN RIVLIN**

**PLEASE TAKE NOTICE THAT** the Plaintiffs hereby voluntarily dismisses the above captioned action against Defendant, **YECHIEL REUVEN RIVLIN**, WITHOUT PREJUDICE, and without costs to either party.

Dated: October 29, 2025

**HESKIN & PROPER, PLLC**

Shane R. Heskin (BBO: 665098)
HESKN & PROPER, PLLC
641 Lexington Avenue, 14th Floor
New York, NY 100022
(917) 362-1313
shane@heskinproper.com
servie@heskinproper.com
*Attorneys for Plaintiffs*