**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BINDER SCIENCE, LLC,
THOMAS WENTZLER,

                       Plaintiff,
       -against-

OPAL FUNDING GROUP LLC;
SLATE ADVANCE LLC;
MENACHEM MOSHE RIVLIN A/K/A MOE RIVS;
YECHIEL REUVEN RIVLIN;
THE JCT GROUP LLC;
JONATHAN CASALI; and
JEYMARA REYES,

                       Defendants.

---

Civ. A. No.: 25-cv-08678

Judges Initials: KPF

**REQUEST FOR ENTRY OF DEFAULT AGAINST MOSHE RIVLIN, OPAL FUNGING GROUP LLC, JEYMARA REYES AND JONATHAN CASALI PURSUANT TO FED. R. CIV. P. 55(a)**

**TO: CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

YOU WILL PLEASE ENTER the default of defendants, Menachem Moshe Rivlin, Opal

Funding Group, Jeymara Reyes, and Jonathan Casali, for failure to plead or otherwise defend as

provided by the Federal Rules of Civil Procedure.

Dated: New York, New York
        February 3, 2026

                                      **HESKIN & PROPER, PLLC**

                                      */s/ Shane R. Heskin*
                                      Shane R. Heskin
                                      641 Lexington Avenue, 14th Floor
                                      New York, N.Y. 10022
                                      (917) 362-1313
                                      *Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BINDER SCIENCE, LLC, THOMAS WENTZLER, | Civ. A. No.: 25-cv-08678 |
| | Judges Initials: KPF |
| Plaintiff, | |
| -against- | |
| OPAL FUNDING GROUP LLC; SLATE ADVANCE LLC; MENACHEM MOSHE RIVLIN A/K/A MOE RIVS; YECHIEL REUVEN RIVLIN; THE JCT GROUP LLC; JONATHAN CASALI; and JEYMARA REYES, | **CERTIFICATION OF SHANE R. HESKIN IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS MENACHEM MOSHE RIVLIN, OPAL FUNGING GROUP LLC, JEYMARA REYES AND JONATHAN CASALI PURSUANT TO FED. R. CIV. P. 55(a)** |
| Defendants. | |

SHANE R. HESKIN, of full age, hereby certifies and states:

1.      I am an attorney-at-law of the State of New York and a partner of the law firm of Heskin & Proper, PLLC, attorneys for plaintiff, Binder Science, LLC ("Binder Science") and Thomas Wentzler ("Mr. Wentzler") (collectively, "Plaintiffs"), in the above captioned matter. As such, I have personal knowledge of the facts contained herein.

2.      I make this certification in support of Plaintiffs' application for the entry of default against defendants, Menachem Moshe Rivlin, Opal Funding Group, Jeymara Reyes, and Jonathan Casali (collectively, "Defendants"), pursuant to Federal Rule of Civil Procedure 55(a).

3.      The Complaint in this matter was filed on October 20, 2025. (See Document No. 1).

4.      The Summons requests in this matter were filed on October 20 and 21, 2025. (See Document No's. 5, 6, 8, and 15).

5.      On October 20 and 21, 2025, the Summons Requests to effectuate personal service upon Defendants were issued by this Court.

6.      The Summons and a copy of the Complaint in this action were served upon defendant Jeymara Reyes on November 10, 2025, as appears from the Return of Service filed with the Court on December 2, 2025. (See Document No. 28).

7.      The Summons and a copy of the Complaint in this action were served upon defendant Opal Funding Group, LLC, on November 3, 2025, as appears from the Return of Service filed with the Court on December 2, 2025. (See Document No. 30).

8.      The Summons and a copy of the Complaint in this action were served upon defendant Menachem Moshe Rivlin, on November 3, 2025, as appears from the Return of Service filed with the Court on December 2, 2025. (See Document No. 31).

9.      The Summons and a copy of the Complaint in this action were served upon defendant Jonathan Casali, on November , 42025, as appears from the Return of Service filed with the Court on December 2, 2025. (See Document No. 32).

10.     The time in which Defendants may answer or otherwise respond to the Complaint has expired and has not been further extended or enlarged by the Court, and Defendants have not answered or otherwise moved.

11.     Accordingly, this request is being made for the entry of default against Defendants in the above-captioned matter.

Dated:  New York, New York
        February 3, 2026

                                        **HESKIN & PROPER, PLLC**

                                        */s/ Shane R. Heskin*
                                        Shane R. Heskin
                                        641 Lexington Avenue, 14th Floor
                                        New York, N.Y. 10022
                                        (917) 362-1313
                                        shane@heskinproper.com
                                        *Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BINDER SCIENCE, LLC,<br>THOMAS WENTZLER,<br><br>                                Plaintiff,<br>      -against-<br><br>OPAL FUNDING GROUP LLC;<br>SLATE ADVANCE LLC;<br>MENACHEM MOSHE RIVLIN A/K/A MOE RIVS;<br>YECHIEL REUVEN RIVLIN;<br>THE JCT GROUP LLC;<br>JONATHAN CASALI; and<br>JEYMARA REYES,<br><br>                             Defendants. | Civ. A. No.: 25-cv-08678<br>Judges Initials: KPF<br><br><br>**CERTIFICATE OF DEFAULT** |

I, Tammi M. Hellwig, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the Defendants Menachem Moshe Rivlin, Opal Funding Group, Jeymara Reyes, and Jonathan Casali have not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendants Menachem Moshe Rivlin, Opal Funding Group, Jeymara Reyes, and Jonathan Casali is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:                                            Tammi M. Hellwig, Clerk of Court

                                             _____

                                             By: Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BINDER SCIENCE, LLC,<br>THOMAS WENTZLER,<br><br>              Plaintiff,<br>     -against-<br><br>OPAL FUNDING GROUP LLC;<br>SLATE ADVANCE LLC;<br>MENACHEM MOSHE RIVLIN A/K/A MOE RIVS;<br>YECHIEL REUVEN RIVLIN;<br>THE JCT GROUP LLC;<br>JONATHAN CASALI; and<br>JEYMARA REYES,<br><br>              Defendants. | Civ. A. No.: 25-cv-08678<br>Judges Initials: KPF<br><br><br>**CERTIFICATE OF SERVICE** |

I, Shane Heskin, hereby certify that on this 3rd day of February 2026, I caused a true and correct copy of the foregoing to be sent via FedEx to the addresses that the Defendants were served upon.

                **HESKIN & PROPER, PLLC**

                */s/ Shane R. Heskin*
                Shane R. Heskin
                641 Lexington Avenue, 14th Floor
                New York, N.Y. 10022
                (917) 362-1313
                shane@heskinproper.com
                *Counsel for Plaintiff*

Pursuant to Local Civil Rule 55.1, the Court, "on its own initiative, may enter default or direct the clerk to enter default." Accordingly, having reviewed Plaintiffs' above application, the Court directs the Clerk of Court to enter Certificates of Default as to Defendants Menachem Moshe Rivlin, Opal Funding Group, Jeymara Reyes, and Jonathan Casali.  The Court further directs the Clerk of Court to terminate the pending motion at docket entry 38.

Dated:    February 10, 2026          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE