

## HESKIN & PROPER, PLLC

641 Lexington Avenue, 14ᵗʰ Floor
New York, New York 10573
Telephone 407-403-5990

| | |
|---|---|
| Shane R. Heskin, Esquire<br>Shane@heskinproper.com | Justin E. Proper, Esquire<br>Justin@heskinproper.com |

March 5, 2026

*VIA ECF/SDNY AND VIA EMAIL (*Failla_NYSDChambers@nysd.uscourts.gov)

Hon. Katherine Polk Failla
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: Binder Science, LLC, et al. v. The JCT Group LLC, et al., 25 Civ. 8678 (KPF) Request for
    30-Day Adjournment of Initial Pretrial Conference (Currently March 12, 2026)

Dear Judge Failla:

I represent Plaintiff in the above-referenced action. Pursuant to the Court's Notice of Initial Pretrial Conference and Your Honor's Individual Rules, the parties respectfully request a 30-day adjournment of the initial pretrial conference currently scheduled for March 12, 2026, at 12:00 p.m. (telephonic).

In support of this request, and as required by the Court's procedures for adjournments:

1. Original conference date**:** January 8, 2026 at 10:00 a.m. (telephonic).
2. Number of prior adjournment/extension requests**:** One.
3. Whether prior requests were granted or denied**:** Granted.
4. Reason for the current request: Additional time is needed for service of process on one of the Defendants (JCT Group) and permit continued settlement discussions with defaulted Defendants.
5. Adversary's position: Counsel for Plaintiffs has been in contact with counsel for all Defendants and believes that a settlement will likely be reached within the next week.

Plaintiff respectfully requests that the conference be adjourned approximately 30 days, to a date at the Court's convenience on or after April 13, 2026 (or such other date and time as the Court may

direct). The parties will correspondingly submit the Proposed Civil Case Management Plan and joint preconference letter by the deadline set by the Court in connection with the rescheduled date.

We appreciate the Court's consideration of this request.

Respectfully submitted,

HESKIN & PROPER, PLLC

Shane R. Heskin

Application GRANTED.  To facilitate service of process and settlement discussions as described above, the Court hereby ADJOURNS the initial pretrial conference ("IPTC"), previously scheduled for March 12, 2026, to **April 30, 2026**, at **10:00 a.m.**  As before, the conference will be telephonic. At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 41.

Dated:     March 9, 2026          SO ORDERED.
           New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE