UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BINDER SCIENCE, LLC, and THOMAS WENTZLER,

Plaintiffs,

-v.-

THE JCT GROUP LLC, JEYMARA REYES, MENACHEM MOSHE RIVLIN *a/k/a* MOE RIVS, OPAL FUNDING GROUP, LLC, and JONATHAN CASALI,

Defendants.

25 Civ. 8678 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The initial pretrial conference ("IPTC") in this matter is currently scheduled for July 9, 2026. (Dkt. #44). When previously adjourning this IPTC, the Court directed Plaintiffs — if they were unable to reach a settlement agreement with Defendants — to "either file jointly with Defendants a proposed Case Management Plan and letter as directed in the Notice of Initial Pretrial Conference … if Defendants have appeared, or to move for default judgment if they have not." (*Id.* (citing Dkt. #24)).

Defendants have not appeared. The Court observes that Plaintiffs previously obtained certificates of default against Defendants Jeymara Reyes, Menachem Moshe Rivlin, Opal Funding Group, and Jonathan Casali (Dkt. #40) and recently applied for a certificate of default against the remaining non-defaulted defendant, The JCT Group LLC ("JCT") (Dkt. #45-46). In light of Plaintiff's recent pursuit of a certificate of default against JCT, the Court ADJOURNS *sine die* the IPTC scheduled for July 9, 2026. The Court

understands that Plaintiffs will file an order to show cause for default judgment on or before **July 24, 2026**.

SO ORDERED.

Dated: July 6, 2026
New York, New York

KATHERINE POLK FAILLA
United States District Judge