**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BINDER SCIENCE, LLC,<br>THOMAS WENTZLER,<br>Plaintiffs,<br>-against-<br><br>OPAL FUNDING GROUP LLC,<br>THE JCT GROUP LLC,<br>MENACHEM MOSHE RIVLIN A/K/A MOE RIVS,<br>JONATHAN CASALI, and<br>JEYMARA REYES,<br>Defendants. | Case No.: 1:25-cv-08678 (KPF) |

**DEFAULT JUDGMENT**

This action having been commenced on October 20, 2025, by the filing of the Summons and Complaint, and copies of the Summons and Complaint having been duly served upon Defendants OPAL FUNDING GROUP LLC, THE JCT GROUP LLC, MENACHEM MOSHE RIVLIN A/K/A MOE RIVS, JONATHAN CASALI, and JEYMARA REYES as follows:

1. Defendant OPAL FUNDING GROUP LLC was served on November 3, 2025, via personal service by John Auriemma, upon Menachem Rivkin, at defendant's address 5 Olive Ct., Lakewood, NJ 08701-4058, who as Owner is authorized by appointment or by law to receive service of process for OPAL FUNDING GROUP, LLC, and proof of service was filed on December 2, 2025, at ECF No. 30;

2. Defendant THE JCT GROUP LLC was served on March 3, 2026, by Marcia Boyer, via depositing documents in the dropbox/bin for the receipt of legal documents at the Delaware Department of Corporations, which is authorized by appointment or by law to receive service of

process for the JCT Group, LLC, and proof of service was filed on March 16, 2026, at ECF No. 43;

3. Defendant MENACHEM MOSHE RIVLIN A/K/A MOE RIVS was served on November 3, 2025, via personal service, by John Auriemma, at defendant's address 5 Olive Ct., Lakewood, NJ 08701-4058, and proof of service was filed on December 2, 2025, at ECF No. 31;

4. Defendant JONATHAN CASALI was served on November 4, 2025, via personal service, by Amira Privott – Yeiser, at defendant's address 1834 Parkview Ave., 1st Floor, Bronx, NY 10461-4660, and proof of service was filed on December 2, 2025, at ECF No. 32;

5. Defendant JEYMARA REYES was served on November 10, 2025 via substitute service, by Roy Miller, leaving the documents with Co-Resident Leonardo Reyes at defendant's dwelling or usual place of abode, address 14635 SW 45th St., Miami, FL 33175-6871, and proof of service was filed on November 10, 2025, at ECF No. 28;

and Defendants having failed to answer, appear, or otherwise respond to the Complaint, and the time for answering or otherwise responding to the Complaint having expired, and the Clerk's Certificates of Default having been entered against Defendants on February 13, 2026, ECF No. 40, and July 7, 2026, ECF No. 49, it is hereby:

**ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiffs BINDER SCIENCE, LLC and THOMAS WENTZLER have judgment against Defendants OPAL FUNDING GROUP LLC, THE JCT GROUP LLC, MENACHEM MOSHE RIVLIN A/K/A MOE RIVS, JONATHAN CASALI, and JEYMARA REYES, jointly and severally, in the amount of $362,777.29, consisting of $341,000.00 in principal damages and $21,777.29 in prejudgment interest calculated at 9% per annum from October 20, 2025 through July 6, 2026; and it is further

**ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiffs shall recover post-judgment interest pursuant to 28 U.S.C. § 1961 from the date judgment is entered until the judgment is paid in full.

Dated: New York, New York
August 13, 2026

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
United States District Judge